JOHN E. DIMON, PLAINTIFF-RESPONDENT, v. CHARLES EHRLICH, COUNTY CLERK, *ET AL.*, DEFENDANTS-RESPONDENTS, AND ANDREW SOLTESZ, INTERVENOR-PETITIONER.

*Mr. Kenneth E. Smith* for the petitioner.

*Messrs. Dimon, Haines & Bunting* and *Mr. Sanford Soren* for the respondent.

October 10, 1967. Denied.

THE STATE OF NEW JERSEY (F), PLAINTIFF-RESPONDENT, v. M., DEFENDANT-PETITIONER.

See same case below: 96 *N. J. Super.* 335.

*Messrs. Rinaldo and Rinaldo* for the petitioner.

October 17, 1967. Denied.

CRANBERRY LAKE QUARRY CO., PLAINTIFF-PETITIONER, v. CARL O. JOHNSON, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below: 95 *N. J. Super.* 495.

*Mr. Edward H. Saltzman, Messrs. Jeffer, Walter & Tierney* and *Mr. Jerome A. Vogel* for the petitioner.

*Messrs. Dolan & Dolan* and *Mr. Francis E. Bright* for the respondents.

October 17, 1967. Denied.